WESTERN UNION TELEGRAPH COMPANY *v.* CULPEPPER.

Opinion delivered October 18, 1915.

TELEGRAPH COMPANIES—FAILURE TO DELIVER INTER-STATE MESSAGE—MEN-
TAL ANGUISH.—An action for damages for mental anguish will not
lie under the Arkansas Statutes, for negligence in the transmis-
sion or delivery of an interstate telegraph message.

Appeal from Union Circuit Court; *Charles W.
Smith,* Judge; reversed.

*Geo. H. Fearons* and *Gaughan & Sifford,* for appel-
lant.

1. There is no item of expense for the telegram
or messenger fee and an action for mental anguish does
not lie under our statutes for negligence in the transmis-
sion of an interstate message. 115 Ark. 564.

HART, J.   C. N. Culpepper sued the Western Union
Telegraph Company to recover damages for mental an-
guish alleged to have been suffered by him. The plain-
tiff resided in the suburbs of El Dorado, in Union County,
Arkansas, and the message which is the foundation of
this action, was addressed to him at El Dorado, in the
State of Arkansas, and sent from Campti, in the State
of Louisiana.

There is no item of expense for the telegram or for
a messenger fee sued for or alleged to have been paid by
the plaintiff; and we have held that an action for mental
anguish will not lie under our statutes for negligence in

the transmission or delivery of an interstate message. See *Western Union Telegraph Co.* v. *Johnson,* **115 Ark. 564.**

It follows that the judgment of the court below must be reversed and the cause of action dismissed.